Beverly Stewart, for appellees.

GRAF ET AL., APPELLANTS, *v.* CIRINO ET AL., APPELLEES.

[Cite as *Graf v. Cirino,* 121 Ohio St.3d 2, 2009-Ohio-254.]

(No. 2008–1801—Submitted December 16, 2008—Decided January 28, 2009.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Fletcher v. Univ. Hosps. of Cleveland,* 120 Ohio St.3d 167, 2008-Ohio-5379, 897 N.E.2d 147.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Law Offices of Brent L. English and Brent L. English, for appellants.

Reminger & Reminger Co., L.P.A., Brian D. Sullivan, and Christine S. Reid, for appellees.